IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES VIRGIL COATS, JR.
ADC # 601558                                                          PLAINTIFF

v.                      No. 4:13-cv-349-DPM-HDY

RANDY MURRY, Jail Administrator,
Van Buren County Detention Center                                     DEFENDANT

ORDER

No one has objected to Magistrate Judge H. David Young's Proposed Findings and Recommendations, № 6. Having reviewed for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (Advisory Committee Notes to 1983 Addition), and for legal error, the Court adopts the proposal. Coats's complaint is dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

14 August 2013