IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES VIRGIL COATS, JR.
ADC # 601558                                                                               PLAINTIFF

v.                                   No. 4:13-cv-349-DPM

RANDY MURRY, Jail Administrator,
Van Buren County Detention Center                                              DEFENDANT

### JUDGMENT

Coats's complaint is dismissed without prejudice. An *in forma pauperis* appeal from this Judgment and the related Order would not be taken in good faith.

*[signature]*
D.P. Marshall Jr.
United States District Judge

14 August 2013