# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JAMES VIRGIL COATS, JR.**
**ADC # 601558**                                                                                    **PLAINTIFF**

v.                                           No. 4:13-cv-349-DPM

**RANDY MURRY, Jail Administrator,**
**Van Buren County Detention Center**                                                **DEFENDANT**

## JUDGMENT

Coats's complaint is dismissed without prejudice. An *in forma pauperis* appeal from this Judgment and the related Order would not be taken in good faith.

_____
D.P. Marshall Jr.
United States District Judge

14 August 2013